IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Joseph Charles Tice, | ) | C/A No. 3:20-1005-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nathan R. Rizer, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Joseph Charles Tice, a self-represented state pretrial detainee, filed this civil rights action. By order issued March 25, 2020, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. ECF No. 7. Despite twice mailing the order to the address Plaintiff provided, it was returned to the court as undeliverable mail. ECF Nos. 9 & 14. Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the Complaint. Accordingly, the case is dismissed, without prejudice, for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
April 24, 2020