AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Joseph Charles Tice,
*Plaintiff*
v.
Nathan R. Rizer,

*Defendant,*

) Civil Action No.    3:20-01005-CMC-PJG
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Joseph Charles Tice, shall take nothing of the defendant, Nathan R. Rizer, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, United States District Judge, presiding, dismissing the complaint for failure to prosecute.

Date:   April 24, 2020                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker

                                                                     *Signature of Clerk or Deputy Clerk*